UNITED STATES of America, Plaintiff and Appellee,

v.

FIRST NATIONAL BANK OF ARIZONA, Appellant.

No. 26030.

United States Court of Appeals, Ninth Circuit.

May 11, 1972.

Earl E. Weeks (argued), B. Michael Dann, of Streich, Lang, Weeks, Cardon & French, Phoenix, Ariz., for appellant.

Richard M. Roberts, Deputy Asst. Atty. Gen. (argued), Joseph M. Howard, Crombie J. D. Garrett, Jane M. Edmisten, Johnnie M. Walters, Asst. Atty. Gen., Washington, D. C., Richard K. Burke,

---

U. S. Atty., Richard Cormley, Asst. U. S. Atty., Phoenix, Ariz., for plaintiff-appellee.

Before CHAMBERS, ELY and GOODWIN, Circuit Judges.

PER CURIAM:

The summary judgment entered by the district court is affirmed.

We conclude that our Bank of Nevada v. United States, 251 F.2d 820 (9th Cir., 1957), requires this result.